```
                    FILED
          CLERK, U.S. DISTRICT COURT

                 JUL 21 2023

          CENTRAL DISTRICT OF CALIFORNIA
          BY                      DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-CR-0201 AB |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions) |
| TERRY LYNN COOPER, | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The Court finds no condition or combination of conditions that will reasonably assure:

☒    the appearance of defendant as required; and/or

☐    the safety of any person or the community.

The Court concludes:

☒ Defendant poses a risk of nonappearance, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he/she does not pose such a risk. The risk of nonappearance is based on:

instant allegations

☐ Defendant poses a danger to the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk. The risk of danger is based on:

IT IS THEREFORE ORDERED that the defendant be detained.

Dated: 7-21-2023

_Rozella A. Oliver_
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE